GENERAL SESSIONS COURT CLERK'S OFFICE
2014 MAY 15 P 2:37

Deputy Clerk of the Court of General Sessions, Shelby County, Tennessee do hereby certify this to be the original Civil Warrant filed 15 May 2014

# State of Tennessee, County of Shelby

CIVIL WARRANT NO. 1687391

**To Any Lawful Officer to Execute and Return:**
Summon to appear before the Court of General Sessions of Shelby County, Tennessee, Room 106 Shelby County Courthouse, 140 Adams Ave., Memphis, Tennessee

CIGNA Healthcare Services by serving the Commissioner of Insurance for the State of Tennessee
**Defendant**
1640 Dallas Parkway
Plano, TX 75093
(800) 558-7361
**Address**

**Defendant**

**Address**

**Defendant**

**Address**

on DAY **Mon.** DATE **7-7** 20**14** TIME **10** **A.M.**/ P.M.

to answer in a civil action brought by the Plaintiff(s) **Aaron Thomas**

for breach of contract to provide coverage for medical bills incurred by the Plaintiff and to pay the medical bills incurred by the Plaintiff; Plaintiff gave notice of claim to the Defendant; Plaintiff sues for his actual damages, for bad faith, and punitive damages from the Defendant.

under 50,000 Dollars

Issued this ___ day of ___ 20___

EDWARD L. STANTON, JR., Clerk
of General Sessions Court   Code No. ___

By ___
   Deputy Clerk

Atty. For Plft. Lewis K. Garrison, Sr.
Address   145 Court Ave., # 402, Memphis, TN 38103
Phone   (901) 527-6445

B.P.R. No. 8311

## JUDGMENT

___ Judgment for ___

___ and Cost

of suit and litigation taxes, for which Execution may issue.

This ___ day ___ 20___

___
Judge of Division ___

## SERVICE

Came to hand same day issued and executed as commanded on ___

Came to hand same day issued and executed as commanded on ___

This ___ day of ___ 20___

This ___ day of ___ 20___

EXHIBIT "B"

| Sheriff/Process Server | Sheriff/Process Server |
|---|---|
| ***SEE OTHER SIDE FOR ADDITIONAL SERVICE**** ****AND NOTICE TO DEFENDANT(S)**** | |
| Came to hand same day issued and executed as commanded on _____ | Came to hand same day issued and executed as commanded on _____ |
| This _____ day of _____ 20 ____ | This _____ day of _____ 20 ____ |
| Sheriff/Process Server | Sheriff/Process Server |

## NOTICE

**TO THE DEFENDANT (S):**

Pursuant to Tennessee code annotated 26-2-114, you are hereby given the following notice: Tennessee law provides a ten thousand dollar ($10,000.00) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the Clerk of the Court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed, these include items of necessary wearing apparel for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

## AFFIDAVIT

To the best of my information and belief, after investigation of Defendant's employment, I hereby make affidavit that the Defendant is / is not a member of a military service.

_____
Attorney for Plaintiff or Plaintiff

_____
Notary Public

My Commission Expires: _____

**For Assistance in accessing the Courthouse:**
**(901) 379-7890**

State of Tennessee
Dept. of Commerce & Insurance
Service of Process
500 James Robertson Parkway
Nashville, TN 37243

7012 3460 0002 8943 4339      05/23/2014
CIGNA HEALTHCARE OF TENNESSEE, INC.
1000 CORPORATE CENTRE DRIVE
FRANKLIN, TN 37067



7012 3460 0002 8943 4339

FIRST CLASS







$ 06.48

**STATE OF TENNESSEE**
**Department of Commerce and Insurance**
**500 James Robertson Parkway**
**Nashville, TN 37243-1131**
**PH - 615.532.5260, FX - 615.532.2788**
**Jerald.E.Gilbert@tn.gov**

May 23, 2014

Cigna Healthcare Of Tennessee, Inc.　　　　Certified Mail
1000 Corporate Centre Drive　　　　　　　　Return Receipt Requested
Franklin, TN  37067　　　　　　　　　　　　7012 3460 0002 8943 4339
NAIC # 95606　　　　　　　　　　　　　　　Cashier # 15692

Re:   Aaron Thomas   V.  Cigna Healthcare Of Tennessee, Inc.

　　　Docket # 1687391

To Whom It May Concern:

Pursuant to Tennessee Code Annotated § 56-2-504 or § 56-2-506, the Department of Commerce and Insurance was served May 23, 2014, on your behalf in connection with the above-styled proceeding. Documentation relating to the subject is herein enclosed.

Jerald E. Gilbert
Designated Agent
Service of Process

Enclosures

cc: General Sessions Court Clerk
　　Shelby County
　　140 Adams Street, Rm 106
　　Memphis, Tn  38103